IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BRANDON GILES                                                                                          PLAINTIFF

v.              Civil No. 6:15-CV-06083-PKH-BAB

JASON WATSON and JAMES MAYHUE                                                          DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 23rd day of May, 2017.

*/s/ P. K. Holmes, III*
HON. P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE